IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN JOHNSON ELLIS**                                                           **PLAINTIFF**
**ADC #121088**

V.                             **CASE NO.  4:21-cv-00707 JM**

**PULASKI COUNTY JAIL,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE